COLLOTON, Circuit Judge,
concurring.
I agree with the court that the district court did not commit plain error in calculating Morin’s base offense level under the sentencing guidelines, and that his sentence therefore was not imposed as a result of an incorrect application of the sentencing guidelines. See 18 U.S.C. § 3742(f)(1). Morin has not raised any challenge to the reasonableness of the sentence in light of 18 U.S.C. § 3553(a) or United States v. Booker, — U.S. -, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). See United States v. Cole, 395 F.3d 929, 932 & n. 4 (8th Cir.2005); cf. United States v. Mashek, 406 F.3d 1012, 1017 (8th Cir.2005). Therefore, I agree that the sentence should be affirmed.